IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YUSUF R. BROWN,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:20-cv-05234-JDW |
| | : | |
| **THE DISTRICT ATTORNEY FOR THE** | : | |
| **COUNTY OF LANCASTER, et. al.,** | : | |
| Respondents. | : | |

### ORDER

AND NOW, this 13th day of July, 2022, upon careful and independent consideration of the pleadings and available state court records, and upon review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 53) and of Petitioner's Petition For Writ Of Habeas Corpus Statement Of Objections To Report And Recommendation Of United States Magistrate (ECF No. 56) and Petitioner's Petition For Writ Of Habeas Corpus Statement Of Objections To Report And Recommendation Of United States Magistrate (ECF No. 64), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Petitioner's Motions For Leave To File Motion To Engage Discovery To Compel Production Of Government (NCIC Warrant) (ECF Nos. 36 and 37) and his Motion To Compel Production Of Government Warrant (ECF No. 38) are **DENIED**;

2

2. Petitioner's Motion For *Brady v. Maryland* Claims Of Withheld Exculpatory Evidence And Perjured Testimony By Prosecution Witness(s) [sic] (ECF No. 52) is **DENIED**;

3. Petitioner Yusuf Brown's Objections and Amended Objections to the Report And Recommendation Of United States Magistrate Judge Elizabeth T. Hey are **OVERRULED**;

4. The Report And Recommendation Of United States Magistrate Judge Elizabeth T. Hey (ECF No. 53) is **APPROVED** and **ADOPTED**;

5. The Petition For A Writ Of Habeas Corpus is **DENIED WITH PREJUDICE**;

6. Petitioner's Motion For Leave To File Supplemental Pleadings To Petition For Leave To Amend Statement Of Objections To Report And Recommendations, Pursuant To F.R.Civ.P. 15(d) (ECF No. 68) is **DENIED**;

7. A Certificate of Appealability shall not issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); and

8. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**